PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Elijah Jireh Huggins                                                      Docket No. 5:24-CR-120-1D

**Petition for Action on Conditions of Pretrial Release**
Hearing Requested

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Elijah Jireh Huggins, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 4th day of June, 2024.

On October 24, 2024, a violation report was submitted due to the defendant providing a urinalysis test which was positive for marijuana. The defendant was allowed to remain on pretrial supervision and participated in a sanction group.

On April 1, 2025, a violation report was submitted due to the defendant providing a urinalysis test which was positive for marijuana. The defendant was allowed to remain on pretrial supervision and participated in a sanction group.

On June 2, 2025, a violation report was submitted due to the defendant providing a urinalysis test which was positive for marijuana. The defendant was allowed to remain on pretrial supervision and participated in a substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 12, 2025, the defendant provided a urinalysis test which was confirmed to be positive for marijuana. Additionally, an interpretation report was received stating the defendant re-used marijuana after his previous test in May 2025 and prior to his test on June 12, 2025.

On June 27, 2025, the defendant committed the offense of No Drivers License (Misdemeanor) in Sussex County, Virginia (GT25008326-00).

On June 30, 2025, the defendant committed the offense of No Operators License (Infraction) in Mecklenburg County, North Carolina (25CR26895).

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Elijah Jireh Huggins
Docket No. 5:24-CR-120-1D
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: July 28, 2025

**ORDER OF THE COURT**

Considered and ordered on July 28, 2025. It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge