UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

2:24-CR-00028-D-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL YASMIR WILLIAMS<br><br>　　　　　Defendant. | **ORDER TO SEAL**<br>**(DOCKET ENTRY 55)** |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 55 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This 25 day of August, 2025.

　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　United States District Judge