IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-CR-28
No. 2:26-CV-34-D

| | | |
|---|---|---|
| MIGUEL YASMIR WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner failed to comply with this court's order of July 8, 2026 [D.E. 75]. Thus, the court DISMISSES WITHOUT PREJUDICE the action.

SO ORDERED. This 7 day of August, 2026.

JAMES C. DEVER III
United States District Judge